IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELEANOR T. GARCIA, | § | |
| REG. NO.46546-180, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2534 |
| | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal of even date, this case is DISMISSED with prejudice.

This is a final judgment.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas, on December 21, 2005.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE